RAFAEL PEREZ

VERSUS

JAMES SHOLAR AND ENTERGY
LOUISIANA, LLC

NO. 22-CA-169

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

January 09, 2023

Linda Wiseman

First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Marc E. Johnson,
Robert A. Chaisson, and John J. Molaison, Jr.

**<u>REHEARING DENIED WITHOUT REASONS</u>**

> **JJM**
> **MEJ**

**<u>WOULD GRANT THE REHEARING</u>**

> **RAC**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>01/09/2023</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 22-CA-169

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Frank A. Brindisi (District Judge)

Donald A. Mau (Appellant)          Graham Brian (Appellant)          Mario D. Zavala, Jr. (Appellant)
Miguel A. Elias (Appellant)        Omar Oceguera, Jr. (Appellant)
Kim M. Boyle (Appellee)            Rebecca Sha (Appellee)

### MAILED

Ashley J. Heilprin (Appellee)      Adam M. Klock (Appellant)
Attorney at Law                    Paula J. Ferreira (Appellant)
365 Canal Street                   Rashim J. Khan (Appellant)
Suite 2000                         Robert E. Duhon (Appellant)
New Orleans, LA 70130              Attorneys at Law
                                   4224 Williams Boulevard
                                   Kenner, LA 70065